ation or decision of these petitions. ▮

No. 09–11100. STRUJAN v. LEHMAN COLLEGE ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▮

No. 09–11212. RICHARD S. v. HOGAN, COMMISSIONER, NEW YORK STATE OFFICE OF MENTAL HEALTH, ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▮

No. 09–11264. PERSAD v. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▮

No. 09–11275. GLADDEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▮

No. 09–11278. HANSEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▮

No. 09–11307. THROWER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▮

No. 09–11327. CONSTANT v. DOE ET AL. C. A. 2d Cir. Motion of respondents to seal the petition for writ of certiorari and to substitute a redacted version for the public record granted. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion and this petition. ▮

No. 09–11402. MANNA v. SCHULTZ, WARDEN. C. A. 3d Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition. ▮